IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION FILE |
| v. | NO. 4:18-CR-0003-MLB-WEJ-18 |
| CHRISTOPHER LASHER, | |
| Defendant. | |

## NON-FINAL REPORT AND RECOMMENDATION

The undersigned **RECOMMENDS** that Defendant Christopher Lasher's Motion to Dismiss on Double Jeopardy Grounds [557] be **DENIED**.  See United States v. Gamble, 694 F. App'x 750 (11th Cir. 2017) (per curiam) (prosecution in federal and state court for the same conduct does not violate the Double Jeopardy Clause because the state and federal governments are separate sovereigns) (citing Abbate v. United States, 359 U.S. 187, 195 (1959)), cert. granted, 138 S. Ct. 2707 (2018).

**SO RECOMMENDED**, this 9th day of January, 2019.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE